**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| United States of America, | ) | CR-10-0157-PHX-MHM (MHB) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Jesus Manuel Palafox-Cardenas, | ) ) | |
| Defendant. | ) ) ) | |

This case arises on Defendant's Notice of Intent to Waive Defendant's Presence at Arraignment, filed on February 15, 2010. (docket # 16) The Court deems this Notice a motion to waive Defendant's presence at his February 17, 2010 arraignment.[1]

Federal Rule of Criminal Procedure 10(b) provides:

Waiving Appearance. A defendant need not be present for the arraignment if:

(1) the defendant has been charged by indictment or misdemeanor information;

(2) the defendant, in a written waiver signed by both the defendant and defense counsel, has waived appearance and has affirmed that the defendant received a copy of the indictment or information and that the plea is not guilty; and

**(3) the court accepts the waiver**.

Rule 10(b), FED.R.CRIM.P. (emphasis added).

---

[1] The Court has also received by email an unfiled Waiver of Personal Appearance at Arraignment. It, however, will not be considered because at this time it has not been filed.

Defendant's motion provides no reason why Defendant should not be required to appear at his arraignment. The docket reflects Defendant was detained pretrial on February 9, 2010. (docket # 16) Defendant is incarcerated at CCA in Florence, Arizona. This is Defendant's first arraignment in this case. His Pretrial Services Report, docket # 6, does not indicate Defendant has any illness or physical disability that would make it unsafe or difficult for him to travel by prisoner bus to and from Phoenix. Simply stated, there is no reason, much less a good reason, why Defendant should not be required to appear at today's arraignment like every other locally-detained pretrial detainee. The Court does not accept Defendant's waiver.

Accordingly,

**IT IS ORDERED** that Defendant's motion to waive his presence at his February 17, 2010 arraignment, docket # 16, is **DENIED**.

DATED this 17th day of February, 2010.

Lawrence O. Anderson
United States Magistrate Judge